IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

                                           Criminal Action No. 7:25-PO-00041 (MJK)
                                           Vio: 32 CFR 634.25
v.                                         NYVTL §1225-c-2

DEVON A. BRIGGS,
                    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses all Counts for case No. 7:25-PO-41 against DEVON A. BRIGGS, the defendant.

The reason(s) for this dismissal are (check one or more):

    ____ Case transferred to another District

    ____ Speedy Trial Act

    ____ Defendant's cooperation

    ____ Insufficient evidence at this time

    _X_ Other:  in the interests of justice

With respect to this dismissal, defendant (check one):

\_\_\_\_    Consents

\_\_\_\_    Objects

_X_    Has not been consulted

This dismissal is without prejudice.

JOHN SARCONE III
United States Attorney

By: _/s/ Andrew J. Fadley_

ANDREW J. FADLEY
Special Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

Dated:_____           _____
Syracuse, New York                Hon. Mitchell J. Katz
                                  United States Magistrate Judge